**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | |
|---|---|
| **ERIK SALAIZ,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | **CAUSE NO. EP-22-CV-279-KC** |
| § | |
| **GUARDIAN TAX NETWORK INC.,** a § | |
| California corporation, § | |
| § | |
| **Defendant.** § | |

**ORDER**

On this day, the Court considered Plaintiff's Motion to Dismiss with Prejudice, ECF No. 4, filed on September 9, 2022, in the above-captioned case. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure and the terms of the Proposed Order of Dismissal, the Court **ORDERS** that all of Plaintiff's claims in this case are **DISMISSED** with prejudice.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED** this 13th day of September, 2022.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE